## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BUSINESS IMAGES, LLC,<br><br>Defendant. | Civil Action No.<br><br><br><br>**COMPLAINT** |

Plaintiff Travelers Property Casualty Company of America ("Travelers"), by way of Complaint against Defendant Business Images, LLC, ("Defendant") says:

### THE PARTIES

1. Travelers is an insurance carrier organized under the laws of the State of Connecticut with a principal place of business at One Tower Square, Hartford, Connecticut. Travelers is authorized to transact business in the State of California.

2. Defendant is a corporation organized under the laws of the State of Nevada with a principal place of business at 2555 West Boulevard, Suite 102, Los Angeles, California. Defendant is authorized to transact business in California.

### JURISDICTIONAL ALLEGATIONS

3. The amount in controversy between the parties is in excess of $75,000.00.

4. Jurisdiction is based on diversity of citizenship under 28 U.S.C. §1332.

**FACTUAL BACKGROUND**

5. Travelers repeats, restates and realleges the allegations of Paragraphs 1 through 4 of this Complaint as if fully set forth herein.

6. Travelers issued Defendant a policy of workers compensation insurance under Policy No. IJUB-9B04661-2-15 for the effective dates of June 1, 2015 to June 1, 2016 (the "2015 Policy"). A true and correct copy of the 2015 Policy is attached hereto as **Exhibit A**.

7. Travelers issued Defendant a policy of workers compensation insurance under Policy No. IJUB-9B04661-2-16 for the effective dates of June 1, 2016 to June 1, 2017 (the "2016 Policy"). A true and correct copy of the 2016 Policy is attached hereto as **Exhibit B**.

8. The 2015 Policy and 2016 WC are collectively referenced as the "Policies".

9. The Policies are insurance contracts which provided insurance to Defendant for certain liabilities as set forth in the Policies.

10. Travelers fulfilled its contractual obligations to Defendant and provided insurance afforded by the Policies.

11. The premium for the Policies is determined by Travelers on the basis of information submitted by Defendant to Traveler and is subject to change and audit on an annual basis.

12. The premium for the 2015 Policy, including initial premium, endorsements and audit adjustments totaled $55,300.00.

13. The premium for the 2016 Policy, including initial premium, endorsements and audit adjustments, totaled $83,534.00.

14. Defendant remitted partial payment for the 2016 Policy, but remains indebted to Travelers in the amount of $71,636.68.

15. Travelers has repeatedly demanded payment of the sum of $107,794.68 owed by Defendant to Travelers for the outstanding balance of earned premiums on the Policies and has attempted to collect same without success.

16. Defendant has failed, refused and continues to refuse to remit payment of the earned premiums which Defendant owes to Travelers pursuant to the terms of the Policies, thereby resulting in damages to Travelers in the amount of $107,794.68.

## COUNT ONE
### (Breach of Contract)

17. Travelers repeats, restates and realleges the allegations of Paragraph 1 through 16 of this Complaint as if fully set forth herein.

18. Defendant failed and refused to remit payment of the earned premiums in the amount of $107,794.68 owed to Travelers pursuant to the terms of the Policies.

19. Defendant has breached the insurance contracts between the parties by its failure and refusal to remit payments of the earned premiums which it owes to Travelers for the Policies.

20. Travelers, on numerous occasions prior to the filing of the instant litigation, demanded payment of the $107,794.68 owed by Defendant to Travelers and attempted to collect same without success.

21. Defendant has failed, refused and continues to refuse to pay the balance due and owing to Travelers.

22. As a result of Defendants breach of the insurance contracts, Travelers has suffered damages in the amount of $107,794.68, plus interest, attorney fees and costs.

**WHEREFORE**, Travelers demands judgment against Defendant in the amount of $107,794.68 for compensatory damages, together with attorney fees, cost of suit, interest and such further relief as this Court deems just and proper.

## COUNT TWO
**(Account Stated)**

23. Travelers repeats, restates and realleges the allegations of Paragraphs 1 through 4 of this Complaint as if fully set forth herein.

24. Defendant, being indebted to Travelers upon accounts stated between them, promised to pay Travelers upon demand.

25. Travelers has demanded that Defendant remit payment for the amount owed to Travelers. Defendant, however, has failed and refused to remit payment.

26. As a result of the foregoing, Travelers has suffered damages in the amount of $107,794.68, plus interest, attorney fees and costs.

**WHERFORE**, Travelers demands judgment against Defendant in the amount of $107,794.68 for compensatory damages, together with attorney fees, cost of suit, interest and such further relief as this Court deems just and proper.

## COUNT THREE
**(Unjust Enrichment)**

27. Travelers repeats, restates and realleges the allegations of Paragraphs 1 through 4 as if fully set forth herein.

28. Travelers provided insurance and related services to Defendant for which Defendant has refused to pay and has been unjustly enriched thereby.

29. Defendant accepted the insurance provided by Travelers.

30. Travelers, prior to the filing of the instant litigation, demanded payment of the $112.758.68 owed to Travelers and attempted to collect same without success.

31. As a result of Defendant's unjust enrichment, Travelers has suffered damages in the amount of $107,794.68, plus attorney fees and litigation costs.

**WHERFORE**, Travelers demands judgment against Defendant in the amount of $107,794.68 for compensatory damages, together with attorney fees, cost of suit, interest and such further relief as this Court deems just and proper.

Date:    May 3, 2019

                                                Respectfully submitted,

                                                */s/ Patrick J. Mulligan*_____
                                                Patrick J. Mulligan
                                                Bressler, Amery & Ross, P.C.
                                                2001 Park Place, Suite 1500
                                                Birmingham, AL 35203
                                                Tel. (205) 719-0400
                                                pmulligan@bressler.com