**FILED**
CLERK, U.S. DISTRICT COURT

11/12/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BUSINESS IMAGES, LLC,<br><br>Defendant. | Case No.: 2:19-CV-03872-CJC-SS<br>Assigned to Judge Cormac J. Carney<br><br>**[~~PROPOSED~~] JUDGMENT AGAINST BUSINESS IMAGES, LLC** |

///
///
///

Having considered Plaintiff Travelers Property Casualty Company of America's ("Travelers") Motion to Enforce the Settlement Agreement between Travelers and Defendant Business Images, LLC ("Business Images") and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The prior dismissal is vacated and judgment entered against Business Images in the amount of one hundred thousand dollars ($100,000.00) plus interest thereon, accruing from the date of entry of the dismissal, May 21, 2020; and

2. Travelers is awarded attorneys' fees in the amount of $1,700.00.

**IT IS SO ORDERED.**

DATED: November 12, 2020

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE